IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEREIDA CLAUDIO,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:16-CV-1184-RWS-LTW |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant Home Depot U.S.A., Inc., submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3.

(1)   The undersigned counsel of record for Defendant certifies that the following is a complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   A.   **Nereida Claudio, Plaintiff**

   B.   **Home Depot U.S.A., Inc., Defendant**

(2)  The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest, which could be substantially affected by the outcome of this particular case:  **Home Depot U.S.A., Inc.**

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff's Counsel:

Regina S. Molden
Mark D. Sperry

Defendant Home Depot U.S.A., Inc.'s Counsel:

Tracey Barbaree

Respectfully submitted this 4th day of May, 2016.

*s/ Tracey T. Barbaree*
Tracey T Barbaree
Georgia Bar No. 036792

LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
404.233.0330
Attorney for Defendant
Home Depot U.S.A., Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEREIDA CLAUDIO,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:16-CV-1184-RWS-LTW |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will notify the following counsel of record:

Regina S. Molden
Mark D. Sperry
Peachtree Center – Harris Tower
233 Peachtree Street, N.E.
Suite 1245
Atlanta, GA 30303

*s/ Tracey T. Barbaree*
Tracey T. Barbaree